IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| YEDID LAWI, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 2:18-cv-00541-DB<br><br>The Honorable Dee Benson |

  PURSUANT TO THE STIPULATION OF THE PARTIES, and good cause appearing, Defendants' response to the Complaint shall not be due until after this Court appoints a lead plaintiff and lead counsel, lead plaintiff serves an operative complaint, Defendants and lead plaintiff agree to a schedule for Defendants to respond to the operative complaint and a schedule for any anticipated briefing.

  IT IS SO ORDERED.

  Dated: August 1, 2018

                   _____
                   The Honorable Dee Benson
                   United States District Court Judge