Kenneth B. Black (05588)
ken.black@stoel.com
Michael R. Menssen (15424)
michael.menssen@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT  84111
Telephone:  (801) 328-3131

*Attorneys for Defendants*
*PolarityTE, Inc.; Denver Lough; and Jeff Dyer*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| YEDID LAWI, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC.; DENVER LOUGH; and JEFF DYER,<br><br>Defendants. | **DEFENDANT POLARITYTE, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:18-cv-00541-DB<br><br>The Honorable Dee Benson |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant PolarityTE, Inc.

("PolarityTE"), by and through undersigned counsel, hereby discloses the following:  PolarityTE

is a publicly held corporation whose shares are traded on NASDAQ.  It has no parent company

and no publicly held corporation owns more than 10% or more of PolarityTE's shares.

DATED:  August 1, 2018                    STOEL RIVES LLP

                                          /s/ *Kenneth B. Black*
                                          Kenneth B. Black
                                          Michael R. Menssen
                                          *Attorneys for Defendants*
                                          *POLARITYTE, INC.; DENVER LOUGH; and*
                                          *JEFF DYER*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of August, 2018, a true and correct copy of the

foregoing **DEFENDANT POLARITYTE, INC.'S RULE 7.1 CORPORATE DISCLOSURE**

**STATEMENT** was served to counsel who have appeared electronically in this action.


*/s/ Rose Gledhill*