Jon V. Harper (#1378)
**HARPER LAW, PLC**
P.O. Box 581468
Salt Lake City, UT 84158
Tel: (801) 910-4357
jharper@jonharperlaw.com

**[Additional counsel on signature pages]**
Attorneys for Movant Yedid Lawi

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSE MORENO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DENVER LOUGH, and JEFF DYER,<br><br>Defendants. | No.: 2:18-cv-00510-JNP<br><br>CLASS ACTION<br><br>NOTICE OF MOTION OF YEDID LAWI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; MEMORANDUM OF LAW IN SUPPORT<br><br>Honorable Jill N. Parish |
| YEDID LAWI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>POLARITYTE, INC., DENVER LOUGH, and JEFF DYER,<br><br>Defendants. | No.: 2:18-cv-00541-PMW<br><br>CLASS ACTION<br><br>Magistrate Judge Paul M. Warner |

Pursuant to DUCiv R42-1, Plaintiff Yedid Lawi, by and through counsel, hereby gives notice that he has filed a motion to consolidate this action and to appoint lead plaintiff and

approve class counsel in the lower-numbered related case entitled *Jose Moreno v. PolarityTE, Inc., Denver Lough, and Jeff Dyer*, Civil No. 2:18-cv-00510-JNP, captioned MOTION OF YEDID LAWI FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL; MEMORANDUM OF LAW IN SUPPORT.

Dated: August 28, 2018    Respectfully submitted,

*/s/ Jon V. Harper*
Jon V. Harper
**HARPER LAW, PLC**
P.O. Box 581468
Salt Lake City, Utah 84158
Telephone: (801) 910-4357
Email: jharper@jonharperlaw.co

*Counsel for Movant and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
          ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer
1200 Ashwood Parkway, Suite 410
Atlanta, GA 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
Email: cholzer@holzerlaw.com

*Counsel for Yedid Lawi and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August 2018, a true and correct copy of the foregoing document was served electronically by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Jon V. Harper*
Jon V. Harper
